Haizhi Chen
1659 Silacci Drive
Campbell, CA 95008
Telephone: 669-225-3918
Email: haihai76@gmail.com

Creditor, In Pro Per

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

RAYMOND WU,
    Debtor.

Case No.: 5:24-BK-51505 SLJ

**STIPULATION PURSUANT TO 11 U.S.C. §362 CONSENTING TO RELIEF FROM STAY WITH RESPECT TO RAYMOND WU AND HAIZHI CHEN**

TO THE HONORABLE [XXXXX], UNITED STATES BANKRUPTCY JUDGE:

Debtor RAYMOND WU ("Debtor" or "Raymond"), and his wife HAIZHI CHEN ("Haizhi") (collectively, "Parties"), hereby submit this stipulation ( "Stipulation"), pursuant to *Bankruptcy Code* §362, for an order approving their agreement to vacate the automatic stay with respect to Debtor in connection with the dissolution of marriage matter in Superior Court of California of Santa Clara County, filed by Haizhi against Raymond in Santa Clara County, Case No. 23FL000609 ("Dissolution Action").

///

///

///

///

WHEREAS, on February 23, 2023, Haizhi filed Petition for Dissolution of Marriage between Debtor and her in the Dissolution Action;

Case: 24-51505   Doc# 29   Filed: 02/17/25   Entered: 02/17/25 12:52:24   Page 1 of 5

Doc ID: aa342e5e8a130ed0ef0ed3f7a421f7e1e77ea330

WHEREAS, on October 4, 2024, Debtor commenced the above-captioned chapter 11 case;

WHEREAS, pursuant to 11 U.S.C. §362(a), the filing of the Debtor's chapter 11 petition operated as an automatic stay of the further prosecution against the Debtor in the Dissolution Case;

WHEREAS, Debtor and Haizhi have met and conferred and agree that it is appropriate to enter a limited modification to the automatic stay for the sole purpose of allowing the Santa Clara Family Court to schedule for hearings and trials, and decide division of community property and other assets, as well as child and spousal support, and attorney's fees and costs.

WHEREAS, Debtor and Haizhi hereby submit this stipulation pursuant to *Bankruptcy Code* §362, for an order approving their agreement to vacate the automatic stay with respect to Raymond in connection with the Dissolution Case.

### STIPULATION

WHEREFORE, Debtor and Haizhi hereby stipulate by and between themselves, and request that the Court enter an order approving, the following:

1. To the extent applicable and subject to the reservations set forth in this Stipulation, the Parties hereto agree that the automatic stay under section 362 of the *Bankruptcy Code* with respect to Raymond and in connection with the Dissolution Action is hereby vacated.

2. The automatic stay is modified for the sole purpose of allowing the Santa Clara Family Court to schedule hearings and trials, and decide division of community property and other assets, as well as child and spousal support, and attorney's fees and costs.

After due deliberation and sufficient cause appearing therefor, **THE COURT FINDS AND CONCLUDES THAT:**

(1) The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Due and proper notice of the Stipulation has been provided.

(2) The Court has determined that the Stipulation is in the best interest of the Parties, the Debtor's creditors and all other parties in interest; and good and sufficient cause appearing therefor .

(3) The Court has authority pursuant to 11 U.S.C. § 362(d) to order the limited modification to the automatic stay sought by the Debtor;

(4) Sufficient cause exists to modify the automatic stay to allow the Parties and the Santa Clara Family Court in the Dissolution Action to complete the division of assets, child and spousal

Case: 24-51505   Doc# 29   Filed: 02/17/25   Entered: 02/17/25 12:52:24   Page 2 of 5

Doc ID: aa342e5e8a130ed0ef0ed3f7a421f7e1e77ea330

support, and attorney's fees and costs; including but not limited to the scheduling of hearings and trials and issuing a court order or a Judgment; and

(5) Due and proper notice of the Stipulation has been given, and no other or further notice is necessary or required.

Based on the foregoing, **IT IS HEREBY ORDERED THAT:**

1. The Stipulation is GRANTED as set forth herein.

2. The automatic stay is modified with respect to the Santa Clara Family Court in the Dissolution Action for the exclusive purpose of permitting it to schedule hearings and trials, and decide division of community property and other assets, as well as child and spousal support, and attorney's fees and costs.

3. Except as expressly provided in this Order, the automatic stay remains in effect with respect the Dissolution Action absent further order of this Court.

4. Nothing in this Order waives any available claims or defenses, including at law, equity, or otherwise with respect to the Dissolution Action.

5. Neither this Order nor any negotiations and writings in connection with this Order will in any way be construed as or deemed to be evidence of or an admission on behalf of any party regarding any claim or right that such party may have against the other party.

6. This Order shall be promptly filed in the clerk's office and entered into the record.

7. The Debtor is authorized to take all actions necessary or appropriate to carry out this Order.

8. Due and proper notice of the Motion has been given, and no other or further notice is necessary or required.

///
///
///
///
///
///
///

9. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related

Case No.: 5:24-BK-51505 SLJ

Page 3 of 6

Case: 24-51505    Doc# 29    Filed: 02/17/25    Entered: 02/17/25 12:52:24    Page 3 of 5

Doc ID: aa342e5e8a130ed0ef0ed3f7a421f7e1e77ea330

to the implementation, interpretation, or enforcement of this Order.

**STIPULATED AND AGREED:**

FARSAD LAW OFFICE

Dated: 1/31/25

Nancy Weng, ESQ.
*Attorney for* RAYMOND WU

Dated: 02 / 03 / 2025

HAIZHI CHEN

**SO ORDERED:**

Dated: _____

THE HONORABLE STEPHEN L. JOHNSON
*UNITED STATES BANKRUPTCY JUDGE*

Case No.: 5:24-BK-51505 SLJ

Page 4 of 6

Case: 24-51505    Doc# 29    Filed: 02/17/25    Entered: 02/17/25 12:52:24    Page 4 of 5

Doc ID: aa342e5e8a130ed0ef0ed3f7a421f7e1e77ea330


| | |
|---|---|
| **Title** | Chen 25.01.31 Stipulation and Order re Limited Relief from... |
| **File name** | Chen%2025.01.31%2...ruptcy%20Stay.pdf |
| **Document ID** | aa342e5e8a130ed0ef0ed3f7a421f7e1e77ea330 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

|  | 02 / 01 / 2025 | Sent for signature to Haizhi Chen (haihai76chen@gmail.com) |
|---|---|---|
| SENT | 01:16:29 UTC | from brandi.s@sanjoseattorneys.com |
| | | IP: 104.1.53.89 |

|  | 02 / 01 / 2025 | Viewed by Haizhi Chen (haihai76chen@gmail.com) |
|---|---|---|
| VIEWED | 02:34:20 UTC | IP: 99.90.69.108 |

|  | 02 / 03 / 2025 | Signed by Haizhi Chen (haihai76chen@gmail.com) |
|---|---|---|
| SIGNED | 20:42:29 UTC | IP: 72.159.77.108 |

|  | 02 / 03 / 2025 | The document has been completed. |
|---|---|---|
| COMPLETED | 20:42:29 UTC | |