Arasto Farsad, Esq. (SBN #273118)
Nancy Weng, Esq. (SBN #251215)
**FARSAD LAW OFFICE, P.C**.
1625 The Alameda Suite 525
San Jose CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses: af@farsadlaw.com;
nancy@farsadlaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>RAYMOND WU,<br><br>Debtor / debtor in possession. | Case No. 24-51505 SLJ<br>Chapter 11<br><br>**DEBTOR'S MOTION TO COMPEL ABANDONMENT OF 1659 SILACCI DRIVE, CAMPBELL, CA 95008 (11 U.S.C. § 554(b)); DECLARATION OF COUNSEL IN SUPPORT; CERTIFICATE OF SERVICE**<br><br>[No Hearing Unless Requested]<br><br>**Chief Judge: Hon. Stephen L. Johnson** |

     **TO THE HONORABLE CHIEF JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE CHAPTER 7 TRUSTEE, AND ALL PARTIES IN INTEREST AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:** Now Comes Raymond Wu ("Debtor"), by counsel, and hereby moves the Court for an order compelling the Chapter 7 Trustee to abandon the real property commonly known as 1659 Silacci Drive, Campbell, CA 95008 (the "Campbell

Property") as burdensome to the estate and/or of inconsequential value and benefit to the estate within the meaning of 11 U.S.C. § 554(b) and FRBP 6007(b).

## I. INTRODUCTION & REQUEST

1.     This Chapter 11 case was converted to Chapter 7, and the Chapter 7 Trustee has already sought and obtained authority to employ Intero Real Estate Services (San Jose) to evaluate and potentially market Debtor's Campbell and Milpitas properties.

2.     The Debtor claimed a homestead exemption in the Milpitas residence (2000 Wellington Dr.), not the Campbell Property.

3.     Based on the Trustee's own broker process, the pending marital dissolution, liens, and anticipated tax consequences of any Campbell sale, there is no meaningful net equity for unsecured creditors. The Debtor therefore asks the Court to order abandonment of the Campbell Property.

## II. RELEVANT FACTS

4.     Real Properties & Scheduling. Debtor scheduled two residences:
a)     Campbell: 1659 Silacci Dr., fee simple, value $1,908,800.
b)     Milpitas: 2000 Wellington Dr., joint tenancy, total value $3,491,400 (Debtor's share $1,745,700).
c)     Debtor claimed a homestead exemption on the Milpitas property ($699,421) under C.C.P. 704.

5.     Conversion; Trustee; Professionals. The Trustee (Fred Hjelmeset) obtained Court approval to employ Intero to evaluate the Campbell and Milpitas properties.

6.     The Court entered the Order Authorizing Employment of Real Estate Broker on June 2, 2025. (See also application reciting both addresses and purpose of the engagement.)

7.     The Trustee is represented by Sandi M. Colabianchi, Fennemore LLP, Oakland.

8.     Debtor's SOFA and schedules reflect the pending family law history and financial posture affecting value realization (including the divorce context).

2                                                                                    Case No. 24-51505 SLJ

Case: 24-51505   Doc# 64   Filed: 09/19/25   Entered: 09/19/25 15:20:39   Page 2 of 10

## III. LEGAL STANDARD

9. Under 11 U.S.C. § 554(b), "on request of a party in interest and after notice and a hearing,** the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.**" FRBP 6007(b) governs the motion and notice.

## IV. ARGUMENT

### A. The Campbell Property is of inconsequential value/benefit after liens, costs, and tax friction.

10. The Trustee's own broker engagement encompassed the Campbell Property, confirming diligence on sale potential.

11. Given (i) the existing liens (senior deeds of trust and other encumbrances), (ii) costs of sale and carrying costs, (iii) capital gains/recapture tax exposure to the estate on a Chapter 7 sale, and (iv) ongoing divorce-related constraints that complicate and delay marketability, there is no realistic surplus for unsecured creditors. See schedules and SOFA context.

### B. Abandonment avoids administrative burn and preserves the estate.

12. Where expected net proceeds are de minimis or negative after reasonable sale frictions, courts routinely compel abandonment to prevent administrative waste. Here, forcing a sale campaign would impose broker, legal, and holding costs without a corresponding benefit to creditors, satisfying § 554(b).

13. The Milpitas property is separately protected by Debtor's homestead; the Campbell property provides no incremental value.

14. The estate's pursuit of value, if any, should focus where there is realizable equity. The Milpitas homestead is protected by state law exemption; the Campbell asset, by contrast, is not a viable recovery vehicle on this record.

## V. RELIEF REQUESTED

Debtor respectfully requests an order:

a) Granting this Motion;

3 <span style="float:right">Case No. 24-51505 SLJ</span>

b)       Compelling abandonment of the estate's interest, if any, in 1659 Silacci Dr., Campbell, CA 95008 under 11 U.S.C. § 554(b); and

c)       Granting such other relief as is just.

Dated: September 19, 2025

FARSAD LAW OFFICE, P.C.

By: */s/ Arasto Farsad*

Arasto Farsad, Esq.

Counsel for Debtor, Raymond Wu

4            Case No. 24-51505 SLJ

I, Arasto Farsad, declare:

1. I am counsel for the Debtor, Raymond Wu, in Case No. 24-51505-SLJ.

2. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

3. The Debtor scheduled two pieces of real property: 1659 Silacci Dr., Campbell, CA 95008 and 2000 Wellington Dr., Milpitas, CA 95035. The Campbell and Milpitas properties are listed on the Debtor's Schedule A/B (Dkt. 47). The Debtor claimed a homestead exemption in the Milpitas property as reflected in the filed schedules (see Dkts. 47 and related schedules on file). The Debtor's Statement of Financial Affairs provides additional case context, including family-law history relevant to marketability (Dkt. 48).

4. After conversion to Chapter 7, the Trustee sought and obtained authority to employ Intero Real Estate Services – San Jose to evaluate and potentially market the Campbell and Milpitas properties. The Application to Employ Broker is Dkt. 53, and the Court's Order Authorizing Employment of Real Estate Broker is Dkt. 55.

5. Based on discussions among counsel, including the Trustee's counsel Sandi M. Colabianchi , and on the broker's review and case posture, it appears (as I am not saying the Trustee or his counsel has made any affirmative statement(s)) that a sale of the Campbell property would not yield meaningful net value to unsecured creditors after accounting for recorded liens, ordinary costs of sale and administration, the pending divorce constraints on timing/marketability, and tax implications associated with a Chapter 7 sale (see Dkts. 47–48, and the broker employment papers at Dkts. 53, 55).

6. In my professional judgment, continued administration of the Campbell property would result in administrative expense without commensurate benefit to the estate. Accordingly,

5 <span style="float:right">Case No. 24-51505 SLJ</span>

Case: 24-51505    Doc# 64    Filed: 09/19/25    Entered: 09/19/25 15:20:39    Page 5 of 10

abandonment under 11 U.S.C. § 554(b) is appropriate.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 19, 2025, at San Jose, California.

FARSAD LAW OFFICE, P.C.

By: */s/ Arasto Farsad*

Arasto Farsad, Esq.

Case: 24-51505    Doc# 64    Filed: 09/19/25    Entered: 09/19/25 15:20:39    Page 6 of 10

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. My business address is **Farsad Law Office, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126**.

On **September 19, 2025**, I served the following documents: (1) **Motion to Compel Abandonment**; (2) **Declaration of Arasto Farsad**; and (3) **Notice of Opportunity for Hearing (BLR 9014-1(b)(3))**.

**BY FIRST-CLASS U.S. MAIL:** I placed true copies in sealed, postage-prepaid envelopes addressed to **all parties on the Court's creditor matrix (copy attached)** for this case and deposited the envelopes with the United States Postal Service in San Jose, California (matrix service consistent with prior practice in this case).

**BY CM/ECF (NEF):** I caused the foregoing to be served via the Court's CM/ECF system on all registered participants, including the **United States Trustee**, **Chapter 7 Trustee Fred Hjelmeset**, and **Trustee's counsel, Sandi M. Colabianchi.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 19, 2025**, at **San Jose**, California.

FARSAD LAW OFFICE, P.C.

*/s/ Arasto Farsad*
Arasto Farsad
Attorneys for Debtor

7                                                                                    Case No. 24-51505 SLJ

Label Matrix for local noticing
0971-5
Case 24-51505
California Northern Bankruptcy Court
San Jose
Fri Sep 19 14:27:07 PDT 2025

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113-3099

Bank Of America
Attn: Bankruptcy Claims
475 Cross Point Pkwy.
Po Box 9000
Getzville, NY 14068-9000

Bankers Healthcare Group, LLC
c/o Richard L. Weiner, Esq.
Law Ofice of Richard L. Weiner
27240 Turnberry Lane, Suite 200
Valencia, CA 91355-1045

Blue Ridge Bank
1807 Seminole Trail
Charlottesville, VA 22901-1155

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane La
Monroe, LA 71203-4774

County Of Santa Clara
2851 Junction Ave
San Jose, CA 95134-1910

Haonan Lin
15007 Little Fox Canyon Trail
Cypress, TX 77433-1584

JPMorgan Chase Bank National Association
Chase Records Center Attn:
Correspondence Mail Code LA4-5555
700 Kansas Lane
Monroe LA 71203-4774

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

Capital Benefit, Inc.
The Ryan Firm
2603 Main Street
1225
Irvine, CA 92614-5038

ABC First, Inc.
17890 Castleton Street,
Suite #100
City of Industry, CA 91748-5785

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Baozhu Song
2000 Wellington Dr.
Milpitas, CA 95035-7510

Bolan Chen
3011 Valley of Hearts Delight
San Jose, CA 95136-4879

Chase Auto Finance
P.O. Box 78101
Phoenix, AZ 85062-8101

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Hui Liu
Shimao Wulihe, Wen Ti Road
Building 1, Unite 2-52-1,
HePing District, Shenyang City
Liaoning Province, China

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

LCSA Santa Clara County
Dept. of Child Support Svcs.
P.O. Box 989067
West Sacramento, CA 95798-9067

JPMorgan Chase Bank, N.A
3160 Crow Canyon Place, Suite 215
San Ramon, CA 94583-1110

ABC First, Inc.
c/o The Ryan Firm
2603 Main Street, Suite 1225
Irvine, CA 92614-5038

(p)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

Baozhu Song
c/o James Cai
1754 Technology Dr., Ste 122
San Jose, CA 95110-1320

Capital One/SaksFirst
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Chase Mortgage
Attn: Legal Correspondence Center
700 Kansas Ln Mail Code La4-7200
Monroe, LA 71203-4774

Haizhi Chen
Lee Bankruptcy & Restructuring Counsel
475 North Whisman Road, Suite 400
Mountain View, California 94043-5723

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Lijuan Xu
1228 Edith Street
San Jose, CA 95122-1605

| | | |
|---|---|---|
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 | UNITED STATES TRUSTEE<br>280 SOUTH FIRST STREET, ROOM 268<br>SAN JOSE, CA 95113-3000 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Floor<br>Des Moines, IA 50328-0001 |
| Xi Hua Sun<br>Bilding 5 Unit 301 Vanke Bai Cui Yan<br>125 Wu' ai Street, Shen He District<br>Shenyang City, Liao Nign Province<br>China | Xiaochen Hu<br>2000 Wellington Drive<br>Milpitas, CA 95035-7510 | Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 |
| Fred Hjelmeset<br>P.O.Box 4188<br>Mountain View, CA 94040-0188 | Haizhi Chen<br>1659 Silacci Drive<br>Campbell, CA 95008-5128 | Nancy Weng<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 |
| Raymond Wu<br>1659 Silacci Drive<br>Campbell, CA 95008-5128 | Richard Pierotti<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104-3319 | Richard L. Pierotti<br>Kokjer, Pierotti, Maiocco and Duck<br>333 Pine St. 5th Fl.<br>San Francisco, CA 94104-3319 |
| Sandi M. Colabianchi<br>Fennemore LLP<br>1111 Broadway<br>24th Floor<br>Oakland, CA 94607-4139 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204 | Macy's/ DSNB<br>Atytn: Bankruptcy<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Intero Lincoln Real Estate Services | (u)JPMorgan Chase Bank, National Association | (u)West Auctions Inc. |

| | | |
|---|---|---|
| (d)Bank Of America<br>Attn: Bankruptcy Claims<br>475 Cross Point Pkwy. Po Box 9000<br>Getzville, NY 14068-9000 | (u)Blue Ridge | End of Label Matrix<br>Mailable recipients   48<br>Bypassed recipients    5<br>Total   53 |