Sandi M. Colabianchi (SBN 193872)
**FENNEMORE LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: scolabianchi@fennemorelaw.com

Attorneys for Fred Hjelmeset
Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>RAYMOND WU,<br><br>Debtor. | Case No. 24-51505-SLJ<br>Chapter 7<br><br>**OBJECTION BY TRUSTEE TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF 1659 SILACCI DRIVE, CAMPBELL, CA 95008** |

Fred Hjelmeset, Chapter 7 trustee ("Trustee") of the estate of Raymond Wu ("Estate") objects to the Debtor's Motion to Compel Abandonment of 1659 Silacci Drive, Campbell, CA 95008 [Dkt. #64] ("Motion").

**BACKGROUND**

1. The Debtor filed his voluntary petition for relief under chapter 11 of the United States Bankruptcy Code (Title 11 of the United States Code) on October 4, 2024 ("Petition Date"). The case was converted to chapter 7 on March 25, 2025 and the Trustee was thereafter appointed.

2. Debtor lists two real properties in his Amended Schedule A/B, 1659 Silacci Drive, Campbell, CA 95008 ("Campbell Property") and 2000 Wellington Drive, Milpitas, CA 95035 ("Milpitas Property").

3. The Milpitas Property is co-owned with Baozhu Song. There are disputes concerning Ms. Song's interest and a pre-petition action and lis pendens was filed by the Debtor's separated spouse, Haizhi Chen, asserting that the interest is community property.

Case: 24-51505   Doc# 70   Filed: 10/10/25   Entered: 10/10/25 14:48:25   Page 1 of 4

61062362.1/064812.0008

4.	Due to inconsistencies in documents and information provided by the Debtor, the Trustee has been attempting to obtain necessary amendments to the Debtor's Schedules or sufficient documents to allow the Trustee to adequately address tax issues related to the sale of one or both of the properties but the information requested has not yet been received..

5.	The Trustee's broker estimates that the value of the Campbell Property is approximately $1,800,000-$1,850,000.  As noted in the Motion, the Debtor does not assert a homestead exemption in the Campbell Property.

6.	The mortgage against the Campbell Property is held by ABC First Inc., is approximately $1,484,549.24 as of September 15, 2025.  *See* Declaration of Nicole Law in support of ABC First Inc.'s Motion for Relief (Dkt. #68-3).

7.	After accounting for the mortgage, property taxes, and estimated costs of sale at 6%, and provided that tax calculations are supported by the requested documents, there is approximately $178,000 equity in the Campbell Property.

## ANALYSIS

Section 554(b) of the Bankruptcy Code provides that the court may order the trustee to abandon property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate. Based on the information obtained by the Trustee, there appears to be substantial equity in the Campbell Property.  It is possible that if the Milpitas Property is sold that there may be nominal or no equity in the Campbell Property due to the tax impact of a sale of the Milpitas Property.  However, at this time, there is no agreement for the sale of the Milpitas Property, which would need to include the co-owner interest.  Based on the substantial equity in the Campbell Property and the significant benefit to the estate if sold, the Trustee requests that the Court deny the Motion.

DATED:  October 10, 2025	FENNEMORE LLP


By:	*/s/ Sandi M. Colabianchi*
	Sandi M. Colabianchi
	Attorneys for Fred Hjelmeset, Chapter 7 Trustee

Case: 24-51505   Doc# 70   Filed: 10/10/25   Entered: 10/10/25 14:48:25   Page 2 of 4
61062362.1/064812.0008

## CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**OBJECTION BY TRUSTEE TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF 1659 SILACCI DRIVE, CAMPBELL, CA 95008**

**DECLARATION OF FRED HJELMESET IN SUPPORT OF OBJECTION BY TRUSTEE TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF 1659 SILACCI DRIVE, CAMPBELL, CA 95008**

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at Oakland, California, addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document(s). On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

Jay K Chien on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
attorneyjkc@gmail.com, Ianthe.V.Rosario@usdoj.gov;katina.umpierre@usdoj.gov

Michael D Croddy on behalf of Creditor ABC FIRST,INC.
mcroddy@theryanfirm.com

Arasto Farsad on behalf of Debtor Raymond Wu
farsadecf@gmail.com, farsadecf@ecf.courtdrive.com

Fred Hjelmeset
fhtrustee@gmail.com, CA90@ecfcbis.com

Michael D. Lee on behalf of Interested Party Haizhi Chen
Michael.Lee@Lee-Li.com, LeeMR87419@notify.bestcase.com

Case: 24-51505   Doc# 70   Filed: 10/10/25   Entered: 10/10/25 14:48:25   Page 3 of 4

61062362.1/064812.0008

Kirsten M. Martinez on behalf of Creditor JPMorgan Chase Bank, N.A
Kirsten.Martinez@bonialpc.com

Andrew Jonathan Mase on behalf of Requestor Capital Benefit, Inc.
ecf@theryanfirm.com

Christopher M. McDermott on behalf of Requestor JPMorgan Chase Bank,
National Association
ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Richard L. Pierotti
Rpierotti@kpmd.com

Chandra Dianne Pryor on behalf of Creditor JPMorgan Chase Bank, N.A
chandra.pryor@bonialpc.com

Nancy Weng on behalf of Debtor Raymond Wu
nancy@farsadlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2025, at Oakland, California.

*/s/ Jeanne Rose*
JEANNE ROSE

61062362.1/064812.0008