Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Michael W. Stoltzman Jr., Bar No. 263425
THE RYAN FIRM
A Professional Corporation
2603 Main Street, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800;
Fax (949) 872-2211

Attorneys for Creditor ABC FIRST, INC.

**The following constitutes the order of the Court.
Signed: February 10, 2026**

Stephen Johnson

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

**THE RYAN FIRM**
A Professional Corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO.:   24-51505 |
| RAYMOND WU | Chapter 7 |
| | Assigned to:  Hon. Stephen L. Johnson |
| | **ORDER RE: CREDITOR ABC FIRST INC.'S MOTION FOR RELIEF FROM STAY** |
| | Date:        January 27, 2026 |
| | Time:        10:00 a.m. |
| | Dept.:        10 |

On January 27, 2026, at 10:00 a.m., the motion by creditor ABC FIRST, Inc. ("Creditor") for relief from stay to pursue foreclosure on debtor Raymond Wu's ("Debtor") real property located at 1659 Silacci Drive, Campbell, CA 95008 (the "Property") and to obtain possession thereof (the "Motion"), came on regularly for hearing in Department 10 of the above-entitled Court. Having considered all papers and argument in support of, and in opposition to, the Motion, the Court now rules as follows:

**IT IS HEREBY ORDERED** that Creditor's Motion is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that Creditor is entitled to relief from the automatic bankruptcy stay, pursuant to 11 U.S.C. § 362(d)(1) and (2).

**IT IS HEREBY FURTHER ORDERED** that, as to Creditor, its successors, transferees, and assigns, the stay of 11 U.S.C. § 362(a) is terminated as to the Property.

**IT IS HEREBY FURTHER ORDERED** that Creditor may enforce its remedies to foreclose upon and obtain possession of the Property, including eviction proceedings, in accordance with applicable non-bankruptcy law.

**IT IS HEREBY FURTHER ORDERED** that Creditor may not conduct any foreclosure sale of the Property prior to April 3, 2026.

**IT IS HEREBY FURTHER ORDERED** that, despite the above, Creditor may immediately record statutory foreclosure notices, including a Notice of Default and/or Notice of Trustee's Sale, provided no sale is actually conducted prior to April 3, 2026.

**IT IS HEREBY FURTHER ORDERED** that the 14-day stay as provided in FRBP 4001(a)(3) is waived.

**IT IS HEREBY FURTHER ORDERED** that this order is binding and effective despite any conversion of this case to one under any other chapter of the Bankruptcy Code.

**IT IS SO ORDERED.**

**\*\*END OF ORDER\*\***

**THE RYAN FIRM**
A Professional Corporation