# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>RAYMOND WU,<br><br>     Debtor. | Case No. 24-51505 SLJ<br>Chapter 7<br><br>**NOTICE OF ABANDONMENT OF ESTATE'S INTEREST IN 1659 SILACCI DRIVE, CAMPBELL, CA** |

**TO: DEBTOR, ALL CREDITORS OF THE ESTATE, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Fred Hjelmeset ("Trustee"), the chapter 7 trustee in the above-captioned bankruptcy case, abandons the estate's right, title and interest in the real property located at 1659 Silacci Drive, Campbell, CA ("Campbell Property").

Among the assets of the estate is the Campbell Property. The Trustee's broker, Intero Real Estate, estimated that the value of the property is approximately $1,800,000 to $1,850,000. The mortgage against the Campbell Property is approximately $1,484,594.24 as of September 15, 2025. After accounting for the mortgage, property taxes, estimated costs of sale and the income tax that would be owed by the estate in a sale, there does not appear to be equity in the property, or any such equity would be nominal. Accordingly, the property has no benefit to the estate and it is of inconsequential value and benefit to the estate.

The Debtor filed a motion to compel abandonment of the Campbell Property on October 10, 2025 (Dkt. 70). The Trustee filed an objection to the motion but has withdrawn the objection due to the lack of equity in the Campbell Property after accounting for the taxes that would be incurred in a sale of the Campbell Property. If the order on the Debtor's motion is entered to compel abandonment of the Campbell Property prior to the expiration of the notice period in this Notice, the property would be deemed abandoned at such time.

This notice is made under 11 U.S.C. § 554 and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure. Section 554 of the Bankruptcy Code provides that the Trustee may abandon property of the estate that is burdensome to the estate or of inconsequential value and benefit to the estate.

**PLEASE TAKE FURTHER NOTICE** that Bankruptcy Rule 6007 prescribes the procedures to be followed with respect to any objection to the proposed abandonment or any request for hearing thereon.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within <u>14 days</u> of mailing the notice;**

51348780.1/063815.0020

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

Any objections or requests for hearing should be filed with the Bankruptcy Clerk, 280 South First Street, Room 3035, San Jose, CA 95113 and counsel for the Trustee at the address shown below. For further information regarding the foregoing, please contact counsel for the Trustee at the address listed below.

Dated: March 19, 2026          FENNEMORE LLP


By    */s/ Sandi M. Colabianchi*
        Sandi M. Colabianchi
Attorneys for Fred Hjelmeset, Trustee
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600 / Fax: (510) 834-1928
Email: scolabianchi@fennemorelaw.com

51348780.1/063815.0020

# CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**NOTICE OF ABANDONMENT OF ESTATE'S INTEREST
IN 1659 SILACCI DRIVE, CAMPBELL, CA**

on each party listed below in the following manner:

☒ BY FIRST CLASS MAIL: See attached Declaration of Service by CertificateOfService.com.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document(s). On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2026, at Oakland, California.

*/s/ Jeanne Rose*
JEANNE ROSE

51348780.1/063815.0020