**Entered on Docket**
**March 23, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Arasto Farsad, Esq. (SBN 273118)
Nancy Weng, Esq. (SBN 251215)
**FARSAD LAW OFFICE, P.C**.
1625 The Alameda Suite 525
San Jose CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses:
af@farsadlaw.com;
nancy@farsadlaw.com

Attorney for Debtor

**The following constitutes the order of the Court.**
**Signed: March 23, 2026**

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:

RAYMOND WU,

      Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  24-51505 SLJ
Chapter 7

**ORDER GRANTING MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY**

**Chief Judge:  Hon. Stephen L. Johnson**

The Court having reviewed the Motion to Compel Abandonment of Real Property located at 1659 Silacci Drive, Campbell, California 95008 (the "Property") filed on September 19, 2025 (Dkt. No. 64), and the pleadings filed in connection therewith; the Court further noting that the Chapter 7 Trustee's objection filed on October 10, 2025 under Dkt. No. 70 has been withdrawn on March 12, 2026 under Dkt. No. 89; and good cause now appearing, IT IS HEREBY ORDERED THAT:

1. The Motion to Compel Abandonment is GRANTED.

2. Pursuant to 11 U.S.C. § 554, the real property located at 1659 Silacci Drive, Campbell, California 95008 is deemed abandoned by the Chapter 7 Trustee.

1

3. The Court finds that the Property is of inconsequential value and benefit to the estate and is burdensome to administer.

4. Upon entry of this Order, the Property shall no longer constitute property of the bankruptcy estate and shall revest in the Debtor.

5. This Order shall be effective immediately upon entry.

**END OF ORDER**

2

<u>COURT SERVICE LIST</u>
***All ECF Registered Participants***

3